IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

        Plaintiff,

        vs.

H. BRAZIEL, et al.,

        Defendants.

No. CIV S-11-0877 EFB P

ORDER

        Plaintiff is a confined in a county jail and proceeds without counsel in an action brought under 42 U.S.C. § 1983.  He seeks leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On April 13, 2011, the court found that plaintiff did not pay the required filing fee or submit an application for leave to proceed *in forma pauperis*.  Accordingly, the court ordered plaintiff to submit either the filing fee or the application required by § 1915(a) within thirty days. The order warned plaintiff that failure to do so may result in this action being dismissed.

////

////

1

1    The 30-day period has expired and plaintiff has not paid the filing fee, submitted an
2    application to proceed *in forma pauperis* affidavit or otherwise responded to the court's order.[1]
3    Accordingly, this action is dismissed without prejudice.
4    Dated: May 26, 2011.

    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed a motion for summary judgment and a document styled "Notice of Motion for Personal Injury Complaint" on April 21, 2011.  Neither filings are responsive to the April 13 order.

2